IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT ESCOBEDO,

        Plaintiff,                        No. CIV S-09-2504 JAM GGH P

     vs.

S. SALINAS,

        Defendant.               <u>ORDER</u>

_____/

        On November 4, 2009, plaintiff filed an opposition to the magistrate judge's order filed October 15, 2009, dismissing plaintiff's petition for writ of habeas corpus, re-designating the case as a civil rights action under 42 U.S.C. § 1983 and granting plaintiff leave to file an amended complaint. The court construes plaintiff's opposition as a request for reconsideration.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 15, 2009, is affirmed.

DATED: December 16, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE